Magistrate Judge

FILED _____ LODGED
_____ RECEIVED
SEP 05 2018
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DINO E. VALENTINO,<br><br>　　　　　Defendant. | NO. CR18-5453<br><br>INFORMATION<br>(Misdemeanor) |

The United States Attorney charges that:

## COUNT I
(Driving Under the Influence)

On or about September 4, 2018, within Mount Rainier National Park, within the Western District of Washington and within the exclusive jurisdiction of the United States, DINO E. VALENTINO did operate a motor vehicle while under the influence of alcohol or drugs.

All in violation of Title 18, United States Code, Section 7, and 36 Code Of Federal Regulations, Section 4.23.

///
///
///

INFORMATION/DINO E. VALENTINO - 1
CR18-5453

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

## COUNT II
(Possession of Methamphetamine)

On or about September 4, 2018, within Mount Rainier National Park, within the Western District of Washington and within the exclusive jurisdiction of the United States, DINO E. VALENTINO did possess a controlled substance, that is, methamphetamine, in violation of Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Section 844.

## COUNT III
(Possession of Marijuana)

On or about September 4, 2018, within Mount Rainier National Park, within the Western District of Washington and within the exclusive jurisdiction of the United States, DINO E. VALENTINO did possess a controlled substance, that is, marijuana, in violation of Title 21, United States Code, Section 812.

All in violation of Title 21, United States Code, Section 844.

## COUNT IV
(Open Container of Alcohol)

On or about September 4, 2018, within Mount Rainier National Park, within the Western District of Washington and within the exclusive jurisdiction of the United States DINO E. VALENTINO did possess an open container of alcohol in a motor vehicle within the national park in violation of the park regulations.

All in violation of Title 18, United States Code, Section 7, and 36 Code of Federal Regulations, Section 4.14(b).

DATED this 5th day of September, 2018.

ANNETTE L. HAYES
United States Attorney

BARBARA J. SIEVERS
Assistant United States Attorney

INFORMATION/DINO E. VALENTINO - 2
CR18-5453

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970